# CASE ANNOUNCEMENTS

*November 9, 2009*

[Cite as *11/09/2009 Case Announcements*, 2009-Ohio-5883.]

## MOTION AND PROCEDURAL RULINGS

2009–1987.  State v. Feldman.
Lake App. No. 2009–L–052, 2009-Ohio-5765. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,
It is ordered by the court that the motion is granted.
PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS

2009–1686.  In re Broom.
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*November 9, 2009*

[Cite as *11/09/2009 Case Announcements #2*, 2009-Ohio-5935.]

## MOTION AND PROCEDURAL RULINGS